IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEON FOWLER, JR.                                                                           PLAINTIFF

V.                                    NO. 3:05CV00094-JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 18th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE